IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| OBERALIS LLC, | § | |
| Plaintiff, | § § § | |
| v. | § § | |
| AEROPOSTALE, INC. | § § § | 2:15-cv-00950-JRG **LEAD CASE** |
| TARGET CORPORATION | § | 2:15-cv-01068-JRG |

### ORDER

Before the Court is Plaintiff's Notice of Voluntary Withdrawal with Prejudice, filed in No. 2:15-cv-950: Dkt. No. 27 (Target Corp.).

It is ordered that this case is **DISMISSED** with prejudice.

All relief not previously granted is **DENIED**.

The parties shall bear their own attorneys' fees, costs, and expenses.

The Clerk is **ORDERED** to terminate Target Corp. in the lead case, No. 2:15-cv-950.

The Clerk is further **ORDERED** to close member case No. 2:15-cv-1068.

So Ordered and Signed on this

**Sep 4, 2015**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE